IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:09-cv-564-MEF |
| | ) | |
| LEON THOMAS McCORD, JR., | ) | |
| | ) | (WO) |
| Defendant. | ) | |

# **FINAL JUDGMENT**

Pursuant to the Stipulation of Dismissal Without Prejudice (Doc. #31) filed by the parties on June 15, 2010, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety without prejudice, each party to bear their own costs and expenses.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 17th day of June, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE